Order Regarding Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(2)

# UNITED STATES DISTRICT COURT
Eastern District of Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 05 2014

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

UNITED STATES OF AMERICA
v.

Charles Thomas

Case Number:  4:12CR00055-06-DPM
USM Number:  26927-009

| | | |
|---|---|---|
| **Date of Original Judgment:** | February 25, 2013 | |
| **Date of Previous Amended Judgment:** *(Use Date of Last Amended Judgment if Any)* | N/A | |
| **Date of Previous Order Reducing Sentence:** | December 18, 2013 | N/A |
| | | Defendant's Attorney |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(2)

On the Court's motion under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a Guideline range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and taking into account the policy statement in USSG § 1B1.10 and the sentencing factors in 18 U.S.C. § 3553(a), to the extent applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.
X GRANTED and the defendant's previously imposed sentence of imprisonment of
    71 months **is reduced to 60 months.**

All other provisions of the judgment dated February 25, 2013 remain in effect.

**IT IS SO ORDERED.**

Order Date: _5 December 2014_                    _/s/ D.P. Marshall Jr._
                                                   United States District Judge

Effective Date: November 1, 2015
        *(If different from order date)*